IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark John Blair,<br><br>  Petitioner,<br><br>vs.<br><br>Phoenix Police Department et al,<br><br>  Respondents. | No. CV 06-01922 PHX NVW (JI)<br><br>**ORDER** |

Before the court is Magistrate Judge Irwin's Report and Recommendation ("R & R") (doc. # 52) recommending that this action be dismissed without prejudice as a sanction for repeated failure to comply with discovery orders. No objections were filed.

Because Plaintiff did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*

1 *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
2 21 (9th Cir. 2002).

3     Notwithstanding the absence of an objection, the court has reviewed the R&R and
4 finds that it is well taken. The court will accept the R&R and dismiss the action without
5 prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or
6 modify, in whole or in part, the findings or recommendations made by the magistrate").

7     IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate
8 Judge (Doc. # 52) is accepted.

9     IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing
10 this action without prejudice.

11     DATED this 15th day of November 2007.

                                      Neil V. Wake
                                   United States District Judge